UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

RODNEY KINTE JENKINS,

    Petitioner,

    v.                                     CAUSE NO.: 3:19-CV-322-JD-MGG

WARDEN,

    Respondent.

OPINION AND ORDER

Rodney Kinte Jenkins, a prisoner without a lawyer, filed a habeas corpus petition challenging the disciplinary decision (ISP 18-11-198) at the Indiana State Prison in which a disciplinary hearing officer (DHO) found him guilty of interfering with staff in violation of Indiana Department of Correction Offense B-252. Following a disciplinary hearing, the hearing officer sanctioned Jenkins with a loss of thirty days earned credit time. According to the petition, this sanction was suspended but was later imposed.

In the instant motion, the Warden seeks dismissal of this case, stating that the loss of earned credit time was suspended but expired without being imposed, which he corroborates with Jenkins' conduct summary. ECF 10-3. Jenkins did not file a response. On this record, the court finds that Jenkins is not entitled to habeas relief. *See Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003) (prisoner can challenge prison disciplinary determination in habeas proceeding only when it resulted in a sanction that lengthened the duration of his confinement).

Because Jenkins is not entitled to habeas relief, the petition is denied. If Jenkins wants to appeal this decision, he does not need a certificate of appealability because he is challenging a prison disciplinary proceeding. *See Evans v. Circuit Court*, 569 F.3d 665, 666 (7th Cir. 2009). However, he may not proceed in forma pauperis on appeal because the court finds pursuant to 28 U.S.C. § 1915(a)(3) that an appeal in this case could not be taken in good faith.

For these reasons, the court:

(1) GRANTS the motion to dismiss (ECF 10);

(2) DIRECTS the clerk to enter judgment and to close this case; and

(3) DENIES Rodney Kinte Jenkins leave to proceed in forma pauperis on appeal.

SO ORDERED on January 6, 2020

/s/JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT